# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ANTONIO MCNEAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:19-cv-1805-LCB-GMB |
| JEFFERSON DUNN, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report on June 30, 2022, recommending that the court treat the defendants' special reports as motions for summary judgment and also that the court grant the motions. (Doc. 56). The Magistrate Judge also recommended that the plaintiff's claims against Defendants Carla Jones, Anthony Brooks, and Charles Daniels be dismissed without prejudice for failure to effectuate service. Last, the Magistrate Judge recommended that the plaintiff's motion for an extension of time and request for production of documents (Doc. 54) and Rule 56(e) motion (Doc. 55) be denied. Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.

Consistent with that recommendation, the court finds that the defendants' motions for summary judgment (Docs. 27, 39, 54) are due to be **GRANTED**.

The plaintiff's claims against Defendants Carla Jones, Anthony Brooks, and Charles Daniels are due to be **DISMISSED WITHOUT PREJUDICE** for failure to effectuate service. And the plaintiff's motion for an extension of time and request for production of documents (Doc. 54) and Rule 56(e) motion (Doc. 55) is **DENIED**. A final judgment will be entered.

**DONE** and **ORDERED** July 27, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE